**Order entered May 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00713-CV

**SWABACK PARTNERS, PLLC, Appellant**

**V.**

**ICI CONSTRUCTION, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05103-A**

## ORDER

The Court has before it appellant's May 29, 2013 motion to stay trial court proceedings.

The Court requests that appellees file any responses to the motion by noon on June 5, 2013.

/s/     ROBERT M. FILLMORE
         JUSTICE